**Petition for Writ of Mandamus Denied and Memorandum Opinion filed 27, 2016.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-16-00700-CV**

---

**IN RE ALI YAZDCHI, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-50511**

---

## MEMORANDUM OPINION

On September 9, 2016, relator Ali Yazdchi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator, who has been adjudicated a vexatious litigant, claims that the Honorable Robert Schaffer, Harris County Administrative

District Judge, abused his discretion by denying relator permission to file a petition for bill of review in the underlying proceeding and seeks mandamus relief.

Relator has not shown his entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.